**Exhibit A:** Citadel's Field of Membership & Market Area

