**Exhibit B:** Citadel's Branch Network

