IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITADEL FEDERAL CREDIT UNION | : | NO. 24-5426 |

## ORDER

**AND NOW**, this 19th day of November, 2024, upon consideration of the parties' stipulated Consent Order, which the Court approved on October 22, 2024 (<u>see</u> Docket No. 4), **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this case **CLOSED** for administrative purposes. The Court retains jurisdiction of this matter as provided in the Consent Order.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.